UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YSIDRO RAUL HERNANDEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:25-cv-01240-HBK<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK TO ISSUE SCHEDULING ORDER<br><br>(Doc. No. 2) |

Pending before the Court is Plaintiff's motion to proceed in forma pauperis under 28 U.S.C. § 1915 in this Social Security appeal. (Doc. No. 2). Plaintiff's declarations in the motion satisfies the requirements under § 1915.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion to proceed in forma pauperis (Doc. No. 2) is GRANTED.

2. The Clerk is directed to issue the Scheduling Order and summons. Service shall proceed under the Court's E-Service program set forth in the Scheduling Order.

Dated:    October 23, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE